UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE'S BUGGIES, )<br>)<br>           ) <br>           Plaintiff,       )<br>           )<br>   v.      )<br>           )<br>CENTURY DISTRIBUTORS  )<br>           )<br>           )<br>           Defendant.      )<br>           )<br>           )<br>_____) | CV F 02-5956 OWW LJO<br><br>ORDER DISMISSING ACTION<br>FOR LACK OF PROSECUTION |

    It appearing that the plaintiff having agreed to dismissal without prejudice of this case. This action is dismissed without prejudice.

IT IS SO ORDERED.

Dated:   April 12, 2006                              /s/ Oliver W. Wanger
emm0d6                                               UNITED STATES DISTRICT JUDGE

1